

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00026-CV

| | | |
|---|---|---|
| Fast Investments, LLC | § | From the 43rd District Court |
| | § | of Parker County (CV09-0309) |
| v. | | |
| | § | March 6, 2014 |
| Prosper Bank and Tetra Tech-CMI, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render judgment that Prosper Bank take nothing from Fast Investments based on Tetra Tech-CMI, Inc.'s assignment of the sanctions award.

It is further ordered that Prosper Bank shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
    Justice Sue Walker